FILED

12/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0418

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 20-0418

WADE AYALA,

    Plaintiff, Counterclaim-Defendant and Appellee,

    v.

GAIL STAFFORD,

    Defendant, Counter-Claimant, Third-Party Plaintiff, Appellant, and Cross-Appellee

    v.

RECONTRUST COMPANY, N.A.: BANK OF AMERICA, N.A.; EQUITY PROCESS MANAGEMENT, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; AND DOES 1-10,

    Third-Party Defendants, Appellees, and Cross-Appellants.

---

## ORDER GRANTING APPELLEE AND CROSS-APPELLANT EQUITY PROCESS MANAGEMENT, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CROSS- APPEAL AND ANSWER BRIEF

---

Appellee and Cross-Appellant, Equity Process Management, Inc. (Equity), having moved this Court for a thirty-day extension of time to file its cross-appeal and answer brief pursuant to Mont. R. App. P. 26(1), and good cause appearing,

IT IS ORDERED that Equity Process Management's combined cross-appeal and answer brief will be due on January 29, 2021

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 10 2020